UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 27 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAUREN ASHLEY SANCHEZ <br><br> Defendant. | 5:25-MJ-377 <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBSTANTIAL CRIMINAL HISTORY
- POOR PERFORMANCE ON COURT SUPERVISION
- ALLEGATION OF NEW OFFENSE WHILE ON COURT SUPERVISION

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- HISTORY OF SUBSTANCE ABUSE
- ALLEGATION OF FAILING TO REPORT WHILE ON SUPERVISION AND ABSCONDING

IT IS ORDERED that defendant be detained.

DATED: 5/27/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE